FILED

August 6, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )        Case No. 2:10-MJ-0228-DAD
                                 )
v.                               )        ORDER FOR RELEASE OF
                                 )        PERSON IN CUSTODY
JEREMY KAMAU GACHAGO,            )
                                 )
                Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JEREMY KAMAU GACHAGO</u>, Case No.

<u>2:10-MJ-0228-DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843 (b)</u>, from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

   __    Release on Personal Recognizance

   X    Bail Posted in the Sum of $ <u>50,000</u>   (co-signed with mother)

      X    Unsecured Appearance Bond

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond with Surety

      __    Corporate Surety Bail Bond

      X    (Other)      <u>with pretrial supervision and conditions of release as</u>

                   <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 6, 2010</u> at <u>3:30</u> pm .

By     *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge